**DENNIS SHORE – SBN #62772**
**BROWN, HALL, SHORE & McKINLEY**
**3031 West March Lane, Suite 230 W**
**Stockton, CA  95219-6500**
**Telephone: (209) 477-8171**
**Facsimile: (209) 477-2549**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>HENSLEY PROPERTIES, LP, a limited partnership,<br><br>    Defendant and Counterclaim Plaintiff, | No.  2:07-cv-01584-GEB-EFB<br><br>(S.D.N.Y. Case No.: 06 Civ. 13355 (VM))<br><br>**ORDER RE SUBSTITUTION OF ATTORNEY**<br><br>**CHIEF DISTRICT COURT JUDGE HON. GARLAND E. BURRELL, JR.** |

**IT IS HEREBY ORDERED** that Dennis Shore and his firm Brown, Hall, Shore & McKinley, LLP are substituted in place of Hughes Hubbard & Reed L.L.P. as its counsel of record in the Eastern District Court in this is case for defendant Hensley Properties, LP.  Counsel may be reached at the following address:

> Dennis Shore
> Brown, Hall, Shore & McKinely LLP
> 3031 West March Lane, Suite 230 W
> Stockton, CA  95219
> Tel:   (209) 477-8171   FAX:  (209) 477-2549

**IT IS SO ORDERED.**

DATED:     September 18, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge