```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  BANK OF AMERICA, N.A.,          )
                                    )   2:07-cv-1584-GEB-EFB
13            Plaintiff and         )
              Counterdefendant,     )
14                                  )
         v.                         )   AMENDMENTS TO SCHEDULING
15                                  )   ORDER
    HENSLEY PROPERTIES, L.P.,       )
16                                  )
              Defendant and         )
17            Counterclaimant.      )
                                    )
18
```

19      On April 8, 2008, the parties filed a joint request to
20 continue expert witness disclosure dates prescribed in the
21 Scheduling Order issued October 25, 2007 (the "Order").  Although
22 the parties only request modification of the expert disclosure
23 deadlines, granting the parties' request will affect subsequent
24 prescribed dates in the Order.  To accommodate the parties' request
25 certain subsequently prescribed dates will also be
26 / / /
27 / / /
28 / / /

1

modified.[1]  Thus, the Order will be modified as follows:

1. Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements on or before August 1, 2008, and with the rebuttal expert disclosures authorized under the Rule on or before September 1, 2008;

2. All discovery shall be completed by November 12, 2008;

3. The last hearing date for motions shall be January 12, 2009, at 9:00 a.m.;

4. The final pretrial conference is set for March 16, 2009, at 1:30 p.m. The parties shall file a <u>JOINT</u> pretrial statement no later than seven (7) calendar days prior to the final pretrial conference.

Trial remains scheduled for April 21, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  April 10, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1]  Accommodating the parties' requested modification to the Order necessarily reduces the amount of time between the trial commencement date and the final pretrial conference.  Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.