DENNIS SHORE, ESQ. SB#62772
FLOYD CRANMORE, ESQ. SB#124079
**BROWN, HALL, SHORE & McKINLEY, LLP**
3031 W. March Ln., Ste. 230W
Stockton, California 95219
Telephone: (209) 477-8171
Facsimilie: (209) 477-2549

Attorneys for Defendant and Counter Claimant,
Hensley Properties, LP

STUART M. RICHTER, ESQ. State Bar No. 126231
RYAN J. LARSEN, ESQ. State Bar No. 211622
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Ste. 2600
Los Angeles, CA  90067-3012
Telephone: (310) 788-4400
Facsimilie:  (310) 788-4471

Attorney's for Plaintiff and Counter Defendant,
Bank of America, NA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff.<br><br>vs.<br><br>HENSLEY PROPERTIES, LP,<br><br>Defendants. | Case No.  2:07-CV-01584-GEB-EFB<br><br>**STIPULATION OF THE PARTIES RE WITHDRAWAL OF MOTION TO COMPEL AND ORDER THEREON** |

The parties hereby stipulate and agree as follows:

1. That Bank of America, N.A., ("Bank") will produce documents and information as listed in its letter of October 24, 2008, and Hensley Properties, LP,

1
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
STIPULATION OF THE PARTIES RE WITHDRAWAL OF MOTION TO COMPEL

00067642.2

("Hensley") will withdraw its Motion to Compel, set for hearing on November 12, 2008.

2. This stipulation may be signed in counterparts and by electronic and/or fax signatures, and without any further notice.

DATED: _____, 2008			KATTEN MUCHIN ROSENMAN LLP

						Signature on original
						By _____
						     RYAN J. LARSEN
						Attorneys for Plaintiff and Counter-
						Defendant, Bank of America, N.A.

DATED: _____, 2008			BROWN, HALL, SHORE & MCKINLEY

						Signature on original
						By _____
						     FLOYD CRANMORE
						Attorneys for Defendant and
						Counter-Claimant, Hensley Properties, LP

	IT IS SO ORDERED.

DATED: November 5, 2008

						_____
						EDMUND F. BRENNAN
						UNITED STATES MAGISTRATE JUDGE