DENNIS SHORE, ESQ. SB#62772
FLOYD CRANMORE, ESQ. SB#124079
**BROWN, HALL, SHORE & McKINLEY, LLP**
3031 W. March Ln., Ste. 230W
Stockton, California 95219
Telephone: (209) 477-8171
Facsimilie: (209) 477-2549

Attorneys for Defendant and Counter Claimant,
Hensley Properties, LP

STUART M. RICHTER, ESQ. State Bar No. 126231
RYAN J. LARSEN, ESQ. State Bar No. 211622
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Ste. 2600
Los Angeles, CA  90067-3012
Telephone: (310) 788-4400
Facsimilie:  (310) 788-4471

Attorney's for Plaintiff and Counter Defendant,
Bank of America, NA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BANK OF AMERICA, N.A.,<br><br>             Plaintiff.<br><br>vs.<br><br>HENSLEY PROPERTIES, LP,<br><br>             Defendants. | Case No.  2:07-CV-01584-GEB-EFB<br><br>**STIPULATION OF THE PARTIES SCHEDULING RULE 56 MOTION FILING, SERVICE, BRIEFING, AND HEARING DATES;<br>AND<br>[PROPOSED] ORDER** |
|---|---|

The parties hereby stipulate and agree as follows:

1. To the following schedule for filing, service, briefing, and hearing Motions under Rule 56:

   Motion filing and service date          Nov. 25, 2008

   Opposition filing and service date      Dec. 15, 2008

1

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
STIPULATION AND [PROPOSED] ORDER FOR RULE 56 MOTION FILING, BRIEFING, AND HEARING SCHEDULE

00068159.

| Reply filing and service date | Jan. 5, 2009 |
|---|---|
| Motion hearing date | Jan. 12, 2009 |

2. That service of all Rule 56 Motions, supporting papers, Oppositions and supporting papers, and Replies shall be by express overnight service, earliest next morning delivery, (with service completed by timely submitting the express package for pick up on the service date, for delivery on the next morning).

3. This stipulation may be signed in counterparts and by electronic and/or fax signatures, and submitted for order with all notice waived.

DATED: Nov. ___, 2008          KATTEN MUCHIN ROSENMAN LLP


By _____
   RYAN J. LARSEN
   Attorneys for Plaintiff and Counter-
   Defendant, Bank of America, N.A.

DATED: Nov. ___, 2008          BROWN, HALL, SHORE & MCKINLEY


By _____
   FLOYD CRANMORE
   Attorneys for Defendant and
   Counter-Claimant, Hensley Properties, LP

The parties' stipulated briefing schedule is adopted.

Dated: November 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
STIPULATION AND [PROPOSED] ORDER FOR RULE 56 MOTION FILING, BRIEFING, AND HEARING SCHEDULE

00068159.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28