DENNIS SHORE, ESQ. SB#62772
FLOYD CRANMORE, ESQ. SB#124079
**BROWN, HALL, SHORE & McKINLEY, LLP**
3031 W. March Ln., Ste. 230W
Stockton, California 95219
Telephone: (209) 477-8171
Facsimile: (209) 477-2549

Attorneys for Defendant and Counter Claimant,
Hensley Properties, LP

STUART M. RICHTER, ESQ. SB#126231
RYAN J. LARSEN, ESQ. SB#211622
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Ste. 2600
Los Angeles, CA  90067-3012
Telephone: (310) 788-4400
Facsimile:  (310) 788-4471

Attorney's for Plaintiff and Counter Defendant,
Bank of America, NA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff.<br><br>vs.<br><br>HENSLEY PROPERTIES, LP,<br><br>Defendants. | Case No.  2:07-CV-01584-GEB-EFB<br><br>**JOINT STIPULATION FOR HENSLEY PROPERTIES, L.P., TO AMEND ANSWER;<br>AND<br>TO ADVANCE ON CALENDAR WITHOUT HEARING<br>AND<br>[PROPOSED] ORDER**<br><br>[filed concurrently with Joint Stipulated *Ex Parte* to Advance on Calendar; and Stipulated Motion to Amend; Cranmore Declaration in Support; Memorandum of Points and Authorities in Support] |

1
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
STIPULATION TO AMEND ANSWER AND TO ADVANCE MOTION TO AMEND ON CALENDAR WITHOUT HEARING

00067320.2

**STIPULATION TO AMEND ANSWER AND TO ADVANCE ON CALENDAR;
AND [PROPOSED] ORDER**

THE PARTIES hereby stipulate as follows, as to Hensley Properties, L.P.'s combined Answer and First Amended Counterclaims:

That Hensley Properties L.P., may amend its Answer as follows:

A. To add the Thirteenth Affirmative Defense of liquidated damages as a barred penalty.

B. To add "Delaware Code Title 6, §1509" to the Third Affirmative Defense.

C. To add the Fourteenth through Seventeenth Affirmative Defenses which mirror allegations in the First Amended Counterclaims.

DATED: Oct. ___, 2008        KATTEN MUCHIN ROSENMAN LLP

By _____
     RYAN J. LARSEN
     Attorneys for Plaintiff and Counter-
     Defendant, Bank of America, N.A.

DATED: Oct. ___, 2008        BROWN, HALL, SHORE & MCKINLEY

By _____
     FLOYD CRANMORE
     Attorneys for Defendant and
     Counter-Claimant, Hensley Properties, LP

IT IS SO ORDERED.
Dated: November 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
STIPULATION TO AMEND ANSWER AND TO ADVANCE MOTION TO AMEND ON CALENDAR WITHOUT HEARING

00067320.2