DENNIS SHORE, ESQ. SB#62772
FLOYD CRANMORE, ESQ. SB#124079
**BROWN, HALL, SHORE & McKINLEY, LLP**
3031 W. March Ln., Ste. 230W
Stockton, California 95219
Telephone: (209) 477-8171
Facsimilie: (209) 477-2549

Attorneys for Defendant and Counter Claimant,
Hensley Properties, LP

STUART M. RICHTER, ESQ. State Bar No. 126231
RYAN J. LARSEN, ESQ. State Bar No. 211622
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Ste. 2600
Los Angeles, CA  90067-3012
Telephone: (310) 788-4400
Facsimilie:  (310) 788-4471

Attorney's for Plaintiff and Counter Defendant,
Bank of America, NA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BANK OF AMERICA, N.A.,<br><br>                           Plaintiff.<br><br>vs.<br><br>HENSLEY PROPERTIES, LP,<br><br>                           Defendants. | Case No.  2:07-CV-01584-GEB-EFB<br><br>**STIPULATION OF THE PARTIES RE REVISING DATE TO FILE OPPOSITIONS TO  RULE 56 MOTION, SERVICE, AND ORDER** |
|---|---|

On November 17, 2008, the parties filed a stipulation setting forth their agreed to schedule for filing, service, briefing, and hearing Motions under Rule 56.  In the parties' original discussions, the parties had agreed that the filing, opposition, and reply dates would all fall on a Monday.  Subsequently, at the request of plaintiff's counsel, the original filing date was moved to a Tuesday, November 25th, but, inadvertently, the

1
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
STIPULATION - ORDER RE REVISING DATE TO FILE OPPOSITIONS TO RULE 56 MOTION

00069277.

opposition date was not adjusted accordingly and remained on Monday, December 15th. The purpose of this stipulation and order is to move only the date for filing the opposition to the parties' respective Rule 56 Motions by one day; i.e. from December 15, 2008 to December 16, 2008. All other dates and terms are to remain the same.

The parties hereby stipulate and agree as follows:

1. The date for filing and service of their respective oppositions to Motions under Rule 56 shall be moved from December 15, 2008 to December 16, 2008. All other dates and terms set forth in the November 17, 2008 Stipulation and Order shall remain the same.

2. This stipulation may be signed in counterparts and by electronic and/or fax signatures, and submitted for order with all notice waived.

DATED: Dec. ___, 2008        KATTEN MUCHIN ROSENMAN LLP


By _____
   STUART RICHTER
   Attorneys for Plaintiff and Counter-
   Defendant, Bank of America, N.A.

DATED: Dec. ___, 2008        BROWN, HALL, SHORE & MCKINLEY

By _____
   FLOYD CRANMORE
   Attorneys for Defendant and
   Counter-Claimant, Hensley Properties, LP

   IT IS SO ORDERED.
Dated:  December 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
STIPULATION - ORDER RE REVISING DATE TO FILE OPPOSITIONS TO RULE 56 MOTION

00069277.